**FILED**

01/05/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 22-0589

IN THE SUPREME COURT OF THE STATE OF MONTANA
SUPREME COURT CASE NO. DA 22-0589

MICHAEL ENGLISH,

    Plaintiff/Appellee,

    vs.

BARRETTS MINERALS INC.,

    Defendant/Appellant.

ORDER TO DISMISS

Upon review of the parties' Stipulation to Dismiss with Prejudice and good cause appearing,

IT IS HEREBY ORDERED that this matter is dismissed WITH PREJUDICE, with each party to bear their own attorneys' fees and costs.

cc:    Cory R. Laird/ Meghan E. Hill
      Adam Cook

1

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
January 5 2023